1036

GEORGE HARRINGTON, *Appellant,* v. THE STATE
OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for What-
com County, No. 87-8-00507-9, Frank A. Morrow, J. Pro
Tem., entered July 21, 1988. *Vacated* by unpublished per
curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. MARC
HOLCOMB, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-01280-1, Susan R. Agid, J., entered
August 16, 1989. *Dismissed* by unpublished per curiam
opinion.

THE STATE OF WASHINGTON, *Respondent,* v. RANDY N.
LINERUD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-1-05208-0, John W. Riley, J., entered Jan-
uary 2, 1990. *Reversed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. BILLY RAY
STAPLE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 89-8-02334-4, Anthony P. Wartnik, J.,
entered July 23, 1989. *Affirmed in part, reversed in part,*
and *remanded* by unpublished per curiam opinion.